# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00403-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER JOHN MAGILL,

    Defendant.

---

## MINUTE ORDER[1]

---

Counsel appeared in chambers on December 17, 2009.  After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1.  That a Change of Plea hearing is set for **February 19, 2010**, at **3:30 p.m.**

2.  That the telephonic setting conference set for December 18, 2009, is **VACATED**; and

3.  That to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant at the Change of Plea hearing.

Dated:  December 17, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.