**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00403-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CHRISTOPHER JOHN MAGILL,

      Defendant.

---

## MINUTE ORDER[1]

---

      Due to a conflict arising on the court's calendar, the sentencing hearing set for May 7, 2010, is **VACATED** and is **RESET** to **May 5, 2010**, at 9:00 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: April 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.